```
                                         FILED
                                 CLERK, U.S. DISTRICT COURT

                                      NOV 1 6 2012

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>Bryan Werner Donn,<br><br>           Defendant. | Case No. CR 11-128-R<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___, involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

```
 1        2.   The Court concludes:
 2             A.   ( )  Defendant has failed to demonstrate by clear and
 3                       convincing evidence that he is not likely to pose
 4                       a risk to the safety of any other persons or the
 5                       community.  Defendant poses a risk to the safety
 6                       of other persons or the community based on:
 7                       instant allegations; criminal history
 8                       _____
 9                       _____
10                       _____
11                       _____
12             B.   (✓) Defendant has failed to demonstrate by clear and
13                       convincing evidence that he is not likely to flee
14                       if released.  Defendant poses a flight risk based
15                       on:  non-compliance; failure to appear
16                       as directed
17                       _____
18                       _____
19                       _____
20
21        IT IS ORDERED that defendant be detained.
22
23   DATED:  11/16/12
24
25                                 _____
                                   HONORABLE JACQUELINE CHOOLJIAN
26                                 United States Magistrate Judge
27
28
```